Interpreter:Spanish, TERMINATED,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE # 3:15–mj–00071 All Defendants

Case title: USA v. Ortiz

Date Filed: 05/05/2015

Other court case number: 5:14–cr–00028–EJD–5 USDC, California Northern District (San Jose)

Assigned to: Unassigned

**Defendant (1)**

**Rosalio Ortiz**

represented by **Harold DuCloux , III**
Office of the Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326–2123
Email: harold_ducloux@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

21:846,841(a)(1)and841(b)(1)(A)(viii)
CONSPIRACY TO DISTRIBUTE 50
GRAMS OR MORE OF A MIXTURE
OR SUBSTANCE CONTAINING
METHAMPHETAMINE

**Plaintiff**

**USA**                                     represented by   **Ethan D. Knight**
                                                            United States Attorney's Office
                                                            District of Oregon
                                                            1000 S.W. Third Avenue
                                                            Suite 600
                                                            Portland, OR 97204
                                                            (503) 727–1041
                                                            Fax: (503) 727–1117
                                                            Email: Ethan.Knight@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/05/2015 | 1 | | Documents Received From Other Court as to Rosalio Ortiz from USDC, California Northern District (San Jose) Case No: 5:14–cr–00028–EJD–5. Initial Appearance is set for 5/5/2015 at 01:30PM in Portland before the duty magistrate judge. (Attachments: # 1 Attachment California Docket Sheet) (schm) Modified on 5/6/2015 to make correction in text. (schm). (Entered: 05/05/2015) |
| 05/05/2015 | 3 | 3 | **Minutes of Proceedings:** Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Paul Papak as to Defendant Rosalio Ortiz held 5/5/15. Order: Granting Plaintiff's Oral Motion to Unseal Case in this district. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order Appointing Counsel: Harold DuCloux. Detention Hearing set for 5/8/2015 at 1:30PM in Portland before the duty magistrate. Counsel Present for Plaintiff: Ethan Knight. Counsel Present for Defendant: Harold DuCloux. (Tape #FTR–10B) (gm) (Entered: 05/05/2015) |
| 05/05/2015 | 4 | 4 | Waiver of Hearing pursuant to Rule 5(c)(3) by defendant Rosalio Ortiz (schm) (Entered: 05/06/2015) |
| 05/08/2015 | 5 | 5 | **Minutes of Proceedings:** Detention Hearing before Magistrate Judge Paul Papak as to Defendant Rosalio Ortiz held 5/8/15. Order: Defendant released on conditions and removed for appearance on 5/19/2015 at 1:30PM in the N. Dist./CA at San Jose. Counsel Present for Plaintiff: Ethan Knight. Counsel Present for Defendant: Harold DuCloux. (Tape #FTR–10B) (Interpreter for Defendant Present: Tina Machuca (on stand by)). (Oath on file with the court.) (gm) (Entered: 05/08/2015) |
| 05/08/2015 | 6 | 6 | Order Requiring Defendant to Appear in Northern District of California (San Jose) Where Charges are Pending and Transferring Bail as to Rosalio Ortiz. Defendant is to appear in California on 5/19/15 at 1:30 p.m.in Courtroom 7 before Judge Cousins (schm) (Entered: 05/08/2015) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Ethan D. Knight (ethan.knight@usdoj.gov, lori.mcbryde@usdoj.gov,
usaor.nefcriminal@usdoj.gov), Harold DuCloux, III (harold_ducloux@fd.org,
sandra_showard@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:5107066@ord.uscourts.gov
Subject:Activity in Case 3:15-mj-00071 USA v. Ortiz Initial Appearance - Out of District
Warrant
```

Content–Type: text/html

## U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 5/5/2015 at 2:41 PM PDT and filed on 5/5/2015

| | |
|---|---|
| **Case Name:** | USA v. Ortiz |
| **Case Number:** | 3:15–mj–00071 |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) Proceedings before Magistrate Judge Paul Papak as to Defendant Rosalio Ortiz held 5/5/15. Order: Granting Plaintiff's Oral Motion to Unseal Case in this district. Defendant waived preliminary/identity hearing. Defendant advised of rights. Order Appointing Counsel: Harold DuCloux. Detention Hearing set for 5/8/2015 at 1:30PM in Portland before the duty magistrate. Counsel Present for Plaintiff: Ethan Knight. Counsel Present for Defendant: Harold DuCloux. (Tape #FTR–10B) (gm)**

**3:15–mj–00071–1 Notice has been electronically mailed to:**

Ethan D. Knight   Ethan.Knight@usdoj.gov, lori.mcbryde@usdoj.gov, USAOR.NEFCriminal@usdoj.gov

Harold DuCloux , III   harold_ducloux@fd.org, sandra_showard@fd.org

**3:15–mj–00071–1 Notice will not be electronically mailed to:**

AO 466A (Rev. 01/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:15-MJ-00071 |
| | ) | |
| | ) | |
| Rosalio Ortiz | ) | Charging District's Case No.  CR 14-00028-05-EJD |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*      Northern District of California      .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
       by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   5/5/15

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Ethan D. Knight (ethan.knight@usdoj.gov, lori.mcbryde@usdoj.gov,
usaor.nefcriminal@usdoj.gov), Harold DuCloux, III (harold_ducloux@fd.org,
sandra_showard@fd.org)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov)
--No Notice Sent:

Message-Id:5111675@ord.uscourts.gov
Subject:Activity in Case 3:15-mj-00071 USA v. Ortiz RemovalHearing
```
Content−Type: text/html

## U.S. District Court

### District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 5/8/2015 at 2:07 PM PDT and filed on 5/8/2015

| | |
|---|---|
| **Case Name:** | USA v. Ortiz |
| **Case Number:** | 3:15−mj−00071 |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **Minutes of Proceedings: Detention Hearing before Magistrate Judge Paul Papak as to Defendant Rosalio Ortiz held 5/8/15. Order: Defendant released on conditions and removed for appearance on 5/19/2015 at 1:30PM in the N. Dist./CA at San Jose. Counsel Present for Plaintiff: Ethan Knight. Counsel Present for Defendant: Harold DuCloux. (Tape #FTR−10B) (Interpreter for Defendant Present: Tina Machuca (on stand by)). (Oath on file with the court.) (gm)**

**3:15−mj−00071−1 Notice has been electronically mailed to:**

Ethan D. Knight   Ethan.Knight@usdoj.gov, lori.mcbryde@usdoj.gov, USAOR.NEFCriminal@usdoj.gov

Harold DuCloux , III   harold_ducloux@fd.org, sandra_showard@fd.org

**3:15−mj−00071−1 Notice will <u>not</u> be electronically mailed to:**

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:15-MJ-00071 |
| ) | |
| Rosalio Ortiz ) | Charging District: Northern District of California |
| *Defendant* ) | Charging District's Case No. CR 14-00028-05-EJD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Courthouse 280 South 1st Street San Jose, CA 95113 (408) 535-5363 | Courtroom No.: MAG. JUDGE COUSINS, Crtrm. 7 |
|---|---|
| | Date and Time: 5/19/2015 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/8/2015

_____
*Judge's signature*

HON. PAUL PAPAK, U.S. MAGISTRATE JUDGE
*Printed name and title*