MICHELLE D. SPENCER, CSB 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831.458.0502
Fax: 831.515.5053

Attorney for Rosalio Ortiz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff,<br><br>v.<br><br>ROSALIO ORTIZ,<br>          Defendant. | CASE NO.: CR14-0028-EJD<br><br>EX PARTE APPLICATION FOR ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE AND [PROPOSED] ORDER |

Rosalio Ortiz, by and through his attorney of record, hereby requests that the Court modify his conditions of pretrial release to remove the GPS location monitoring/curfew condition.

DECLARATION OF COUNSEL

I, Michelle D. Spencer, declare the following:

Ortiz Ex Parte Application and [Proposed] Order Modifying Conditions of Release

1

I am an attorney licensed to practice in the State of California and the United States District Court, Northern District of California.  I am the CJA attorney appointed to represent Mr. Ortiz in the above-entitled case.  Mr. Ortiz has lived in Vancouver, Washington for several years and was first arrested there and brought before a magistrate in the District of Oregon in Portland on May 5, 2015.  The District of Oregon released him on May 8, 2015, and he subsequently appeared for arraignment and identification of counsel in San Jose on May 19, 2015.  This Court released him under the same conditions as imposed by the District of Oregon.  Mr. Ortiz has been under GPS location monitoring with curfew since May 2015 without incident.  He has fully complied with his conditions of release and cooperated with United States Pretrial Services.  It is my understanding that the expense of the GPS monitor is causing a financial hardship for my client and his wife who are raising five children.

The San Jose Office of Pretrial Services advised undersigned counsel that they have staffed the GPS/curfew condition with the supervising officer of Pretrial Services for the District of Oregon and the District of Oregon recommends removal of the condition.  Further, AUSA Jeffrey Backus has no objection to removing the GPS/curfew condition.

Accordingly, we respectfully request that the Court issue the accompanying proposed order removing the condition of GPS location monitoring/curfew.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief on this $2^{9th}$ day of August 2016 at Santa Cruz, California.

                                                                /S/
                                  MICHELLE D. SPENCER
                                  Attorney for Rosalio Ortiz

Ortiz Ex Parte Application and [Proposed] Order Modifying Conditions of Release

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant Rosalio Ortiz's conditions of pretrial release shall be modified to remove the GPS location monitoring/curfew condition.

All other conditions of release shall remain in effect.

Dated: _____                           _____
                                                 HON. HOWARD R. LLOYD
                                                 United States Magistrate Judge